HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
CHEE YANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHEE YANG, ) <br> ) <br> Defendant. ) <br> ) | No. 15-mj-087 CKD <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING <br><br> Date:   June 10, 2015 <br> Time:  2:00 p.m. <br> Judge: Hon. Edmund F. Brennan |

The United States of America, through its counsel, Assistant U. S. Attorney Matthew Yelovich, and defendant, Chee Yang, through Assistant Federal Defender, Matthew M. Scoble, stipulate that the Preliminary Hearing, currently scheduled for June 5, 2015, be continued to June 10, 2015 at 2:00 p.m.

The continuance is necessary for defense preparation in conferring with defendant and the government to negotiate a resolution to this matter prior to an indictment being filed.

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to June 10, 2015.

The parties stipulate that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

DATED: June 1, 2015

HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew M. Scoble*
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for CHEE YANG

DATED: June 1, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew Yelovich*
MATTHEW YELOVICH
Assistant U.S. Attorney

**O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to June 10, 2015, at 2:00 p.m., before the Hon. Edmund F. Brennan; and, time excluded for the reasons set forth above. The Court finds that the ends of justice served by granting the defendant's request for a continuance outweigh the interests of the public and the defendant in a speedy trial.

DATED: June 1, 2015

HON. EDMUND F. BRENNAN
United States Magistrate Judge